B6A (Official Form 6A) (12/07)

In re  **Willie James Cortez**                                      Case No.   **15-32382-H1-13**
                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 14303 Whitecross Drive Houston, TX 77083 DOVER SEC 1, BLOCK 6, LOT 10 In Fort Bend County, Texas | Homestead | C | $103,210.00 | $116,539.31 |
| | | Total: | $103,210.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Willie James Cortez**                                      Case No.  **15-32382-H1-13**
                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Savings Account #8800<br>Smart Financial Credit Union | C | $708.70 |
| | | Freedom Checking Account #8810<br>Smart Financial Credit Union | C | $0.00 |
| | | Checking Account<br>Bank of America | C | $1,900.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 2 Sofas | C | $400.00 |
| | | Love Seat | C | $100.00 |
| | | Coffee Table | C | $100.00 |
| | | 2 End Tables | C | $100.00 |
| | | 2 DVD Players | C | $100.00 |
| | | 5 Lamps | C | $100.00 |
| | | Entertainment Center | C | $300.00 |
| | | 2 TVs | C | $1,000.00 |
| | | Kitchen Table W/ Chairs | C | $75.00 |
| | | Dining Room Table W/ Chairs | C | $200.00 |
| | | China Cabinet | C | $100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Willie James Cortez**                                    Case No.   **15-32382-H1-13**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Flatware | C | $5.00 |
| | | Pots & Pans | C | $25.00 |
| | | Dishes & Glasses | C | $20.00 |
| | | 3 Beds | C | $1,000.00 |
| | | 2 Chests | C | $50.00 |
| | | 2 Dressers | C | $100.00 |
| | | Armoire | C | $100.00 |
| | | 3 Night Stands | C | $100.00 |
| | | TV Stand | C | $100.00 |
| | | 2 Refrigerators | C | $200.00 |
| | | Stove | C | $80.00 |
| | | Washer | C | $100.00 |
| | | Dryer | C | $100.00 |
| | | Freezer | C | $100.00 |
| | | Microwave | C | $25.00 |
| | | Vacuum Cleaner | C | $100.00 |
| | | 2 Desks | C | $100.00 |
| | | Computer | C | $150.00 |
| | | Lawn Mower | C | $100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Willie James Cortez**                                      Case No.  <u>**15-32382-H1-13**</u>
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Tools | C | $100.00 |
| | | Game System | C | $100.00 |
| | | Patio Furniture | C | $130.00 |
| | | 2 BBQ Pits | C | $1,000.00 |
| | | 3 Paintings | C | $100.00 |
| | | 2 Mirrors | C | $100.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books & Pictures | C | $100.00 |
| 6. Wearing apparel. | | Clothing & Shoes | C | $500.00 |
| 7. Furs and jewelry. | | 3 Watches | C | $360.00 |
| | | Jewelry | C | $2,500.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Browning 7 mm Rifle | C | $700.00 |
| | | Sports Equipment | C | $200.00 |
| | | Camping Equipment | C | $300.00 |
| | | Hunting Equipment | C | $1,000.00 |
| | | Winchester 12 Gauge Shot Gun | C | $100.00 |
| | | Winchester 22 Rifle | C | $100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Willie James Cortez**                                    Case No.   **15-32382-H1-13**

                                                                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | 2 Term Life Insurance Policies | C | $2.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | 401(k) | C | $149,817.53 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Willie James Cortez**                                                    Case No.   **15-32382-H1-13**
                                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Willie James Cortez**                                     Case No.   **15-32382-H1-13**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Ford F-150 Pick Up Truck 4x4 Lariat<br>Mileage: 130,000 | C | $5,000.00 |
| | | 2007 Jeep Liberty<br>Mileage: 101,000 | C | $8,062.50 |
| | | 2009 Ford F-150<br>Mileage: 83,000<br>* Son Drives and Pays For | C | $23,600.00 |
| | | 2013 Honda Rancher ATV - 4 Wheeler | C | $4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Willie James Cortez**                                    Case No. **15-32382-H1-13**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | _____6_____ continuation sheets attached | **Total >** | **$205,610.73** |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Willie James Cortez**                                    Case No.   **15-32382-H1-13**
                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675.*

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 14303 Whitecross Drive Houston, TX 77083 DOVER SEC 1, BLOCK 6, LOT 10 | 11 U.S.C. § 522(d)(1) | $0.00 | $103,210.00 |
| In Fort Bend County, Texas | 11 U.S.C. § 522(d)(5) | $0.00 | |
| Savings Account #8800 Smart Financial Credit Union | 11 U.S.C. § 522(d)(5) | $708.70 | $708.70 |
| Freedom Checking Account #8810 Smart Financial Credit Union | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| Checking Account Bank of America | 11 U.S.C. § 522(d)(5) | $1,726.42 | $1,900.00 |
| 2 Sofas | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| Love Seat | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Coffee Table | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 2 End Tables | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 2 DVD Players | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 5 Lamps | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Entertainment Center | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| 2 TVs | 11 U.S.C. § 522(d)(3) | $575.00 | $1,000.00 |
| | 11 U.S.C. § 522(d)(5) | $425.00 | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$4,635.12** | **$108,018.70** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Willie James Cortez**                                    Case No.   **15-32382-H1-13**
                                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Kitchen Table W/ Chairs | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Dining Room Table W/ Chairs | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| China Cabinet | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Flatware | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| Pots & Pans | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| Dishes & Glasses | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| 3 Beds | 11 U.S.C. § 522(d)(3) | $575.00 | $1,000.00 |
|  | 11 U.S.C. § 522(d)(5) | $425.00 |  |
| 2 Chests | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 2 Dressers | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Armoire | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 3 Night Stands | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| TV Stand | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 2 Refrigerators | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Stove | 11 U.S.C. § 522(d)(3) | $80.00 | $80.00 |
| Washer | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Dryer | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Freezer | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Microwave | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
|  |  | **$7,115.12** | **$110,498.70** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Willie James Cortez**                                         Case No.    **15-32382-H1-13**
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Vacuum Cleaner | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 2 Desks | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Computer | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Lawn Mower | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Tools | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Game System | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Patio Furniture | 11 U.S.C. § 522(d)(3) | $130.00 | $130.00 |
| 2 BBQ Pits | 11 U.S.C. § 522(d)(3) | $575.00 | $1,000.00 |
| | 11 U.S.C. § 522(d)(5) | $425.00 | |
| 3 Paintings | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 2 Mirrors | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Books & Pictures | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Clothing & Shoes | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| | 11 U.S.C. § 522(d)(5) | $0.00 | |
| 3 Watches | 11 U.S.C. § 522(d)(4) | $360.00 | $360.00 |
| | 11 U.S.C. § 522(d)(5) | $0.00 | |
| Jewelry | 11 U.S.C. § 522(d)(4) | $1,190.00 | $2,500.00 |
| | 11 U.S.C. § 522(d)(5) | $0.00 | |
| | | **$11,245.12** | **$115,938.70** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Willie James Cortez**                                        Case No.   **15-32382-H1-13**
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Browning 7 mm Rifle | 11 U.S.C. § 522(d)(3) | $575.00 | $700.00 |
| | 11 U.S.C. § 522(d)(5) | $125.00 | |
| Sports Equipment | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| | 11 U.S.C. § 522(d)(5) | $0.00 | |
| Camping Equipment | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| | 11 U.S.C. § 522(d)(5) | $0.00 | |
| Hunting Equipment | 11 U.S.C. § 522(d)(3) | $575.00 | $1,000.00 |
| | 11 U.S.C. § 522(d)(5) | $425.00 | |
| Winchester 12 Gauge Shot Gun | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| | 11 U.S.C. § 522(d)(5) | $0.00 | |
| Winchester 22 Rifle | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| | 11 U.S.C. § 522(d)(5) | $0.00 | |
| 2 Term Life Insurance Policies | 11 U.S.C. § 522(d)(7) | $2.00 | $2.00 |
| 401(k) | 11 U.S.C. § 522(d)(10)(E) | $149,817.53 | $149,817.53 |
| 2005 Ford F-150 Pick Up Truck 4x4 Lariat Mileage: 130,000 | 11 U.S.C. § 522(d)(2) | $3,675.00 | $5,000.00 |
| | 11 U.S.C. § 522(d)(5) | $1,325.00 | |
| 2007 Jeep Liberty Mileage: 101,000 | 11 U.S.C. § 522(d)(5) | $0.00 | $8,062.50 |
| 2009 Ford F-150 Mileage: 83,000 | 11 U.S.C. § 522(d)(2) | $0.00 | $23,600.00 |
| | | **$168,464.65** | **$304,820.73** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Willie James Cortez**                                      Case No.   **15-32382-H1-13**
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| * Son Drives and Pays For | 11 U.S.C. § 522(d)(5) | $5,860.00 | |
| 2013 Honda Rancher ATV - 4 Wheeler | 11 U.S.C. § 522(d)(5) | $1,279.88 | $4,000.00 |
| | | $175,604.53 | $308,820.73 |

B6D (Official Form 6D) (12/07)

In re  **Willie James Cortez**                                                  Case No.   **15-32382-H1-13**
                                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx0001<br><br>**1st Investers**<br>**380 Interstate North Parkway Sutie 300**<br>**Atlanta, GA 30339** | X | - | DATE INCURRED:  **11/2009**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2007 Jeep Liberty**<br>REMARKS:<br><br>VALUE:                    **$8,062.50** | | | | $11,408.00 | $3,345.50 |
| ACCT #: xxxxxxxxxxxx1001<br><br>**Capital One Auto Finance**<br>**3905 N Dallas Pkwy**<br>**Plano, TX 75093** | | - | DATE INCURRED:  **02/2012**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2009 Ford F- 150**<br>REMARKS:<br><br>VALUE:                  **$23,600.00** | | | | $17,740.00 | |
| ACCT #: xxxxxxxxxxxx3082<br><br>**Citifinancial**<br>**605 Munn Road**<br>**Fort Mill, SC 29715** | | - | DATE INCURRED:  **05/2006**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**Homestead - Ongoing Payment**<br>REMARKS:<br><br>VALUE:                 **$103,210.00** | | | | $101,599.00 | |
| ACCT #: xxxxxxxxxxxx3082<br><br>**Citifinancial**<br>**605 Munn Road**<br>**Fort Mill, SC 29715** | | - | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**Homestead - Arrears**<br>REMARKS:<br><br>VALUE:                   **$1,688.00** | | | | $1,688.00 | |

|  |  |
|---|---|
| Subtotal (Total of this Page) > | $132,435.00 | $3,345.50 |
| Total (Use only on last page) > | | |

_____**2**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Willie James Cortez**                                      Case No.   **15-32382-H1-13**
                                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xx-xxx-xx1041<br><br>**Dover Community Association**<br>**9518 Chalford Drive**<br>**Houston, TX 77083** | | - | DATE INCURRED:  **Thru 2015**<br>NATURE OF LIEN:<br>**Homeowners Association Lien**<br>COLLATERAL:<br>**14303 Whitecross Drive Houston, TX 77083**<br>REMARKS:<br><br><br>VALUE:                              **$103,210.00** | | | | **$4,570.02** | **$4,570.02** |
| **Representing:**<br>**Dover Community Association** | | | **G.M. Majors, Lieutenant**<br>**C/o Fort Bend County Precinct Two**<br>**303 Parkway , Suite 124**<br>**Missouri City, TX 77459** | | | | **Notice Only** | **Notice Only** |
| ACCT #: xxxxxxxxxxxx0907<br><br>**Fort Bend County**<br>**1317 Eugene Heimann Circle**<br>**Richmond, TX  77469** | | - | DATE INCURRED:  **2014**<br>NATURE OF LIEN:<br>**Property Tax Lien**<br>COLLATERAL:<br>**Homestead - Property Taxes Thru 2014**<br>REMARKS:<br><br>VALUE:                              **$103,210.00** | | | | **$1,846.98** | **$235.98** |
| ACCT #: xxx-xxxx-xxx-0100<br><br>**Kingsbridge MUD**<br>**11111 Katy Freeway, Suite 725**<br>**Houston, TX 77079-2197** | | - | DATE INCURRED:  **2014**<br>NATURE OF LIEN:<br>**Property Tax Lien**<br>COLLATERAL:<br>**Homestead - MUD Taxes Thru 2014**<br>REMARKS:<br><br>VALUE:                              **$103,210.00** | | | | **$714.87** | **$714.87** |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >    **$7,131.87** | **$5,520.87**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Willie James Cortez**                                         Case No.   **15-32382-H1-13**
                                                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Texas Property Tax Loans**<br>**2221 E. Lamar Blvd., Ste. 130**<br>**Arlington, TX 76006** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Tax Lien**<br>COLLATERAL:<br>**Homestead - Property Tax Loan**<br>REMARKS:<br><br>VALUE: **$103,210.00** | | | | $7,716.79 | $7,716.79 |
| ACCT #: **xxx-xxxx-xxx-0100**<br><br>**West Keegans Bayou I.D.**<br>**11111 Katy Freeway, Suite 725**<br>**Houston, TX 77079-2197** | | - | DATE INCURRED:  **Thru 2014**<br>NATURE OF LIEN:<br>**Property Tax Lien**<br>COLLATERAL:<br>**Homestead - ID Taxes Thru 2014**<br>REMARKS:<br><br>VALUE: **$103,210.00** | | | | $91.65 | $91.65 |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____**2**_____ of _____**2**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | $7,808.44 | $7,808.44 |
| Total (Use only on last page) > | $147,375.31 | $16,674.81 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **Willie James Cortez**                                                                  Case No.    **15-32382-H1-13**
                                                                                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Willie James Cortez**                                      Case No.  **15-32382-H1-13**
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Keeling Law Firm**<br>**3310 Katy Freeway**<br>**Suite 200**<br>**Houston, Texas 77007** | | - | DATE INCURRED: **04/28/2015**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $3,668.00 | $3,668.00 | $0.00 |
| ACCT #:<br>**Keeling Law Firm**<br>**3310 Katy Freeway**<br>**Suite 200**<br>**Houston, Texas 77007** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $100.00 | $100.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | $3,768.00 | $3,768.00 | $0.00 |
| Total > <br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $3,768.00 | | |
| Totals > <br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $3,768.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re   **Willie James Cortez**                              Case No.   **15-32382-H1-13**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx2234**<br>**Banner Fin**<br>**4705 Ave. H Suite**<br>**Rosenberg, TX 77471** | | - | DATE INCURRED:  **09/05/2014**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$375.00** |
| ACCT #:  **xxxxx3249**<br>**Credit Systems Intl In**<br>**P O Box 1088**<br>**Arlington, TX 76004** | | - | DATE INCURRED:  **08/2012**<br>CONSIDERATION:<br>**Collecting for - Physicians Endoscopy Center**<br>REMARKS: | | | | **$95.00** |
| ACCT #:  **xxxxxxx0001**<br>**Ecmc**<br>**PO Box 16408**<br>**St. Paul, MN 55116** | | - | DATE INCURRED:  **07/2014**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$43,659.00** |
| ACCT #:  **xxxxxxxxxxxxxxxxxx1211**<br>**Navient**<br>**Po Box 9500**<br>**Wilkes Barre, PA 18773** | | - | DATE INCURRED:  **03/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$9,352.00** |
| ACCT #:  **xxxxxxxxxxx0392**<br>**Onemain Fi**<br>**6801 Colwell Blvd**<br>**Irving, TX 75039** | | - | DATE INCURRED:  **11/2008**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$6,658.00** |
| ACCT #:<br>**Texas Car Title and Payday Loan Services**<br>**9400 Highway 6 South**<br>**Houston, TX 77083** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | **$685.00** |
| | | | | | Subtotal > | | **$60,824.00** |
| | | | | | Total > | | **$60,824.00** |

_____**No**_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Willie James Cortez**                                      Case No.   **15-32382-H1-13**
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).


☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Kirt Hasselmeier** | Third Party Finance - 4 Wheeler<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Willie James Cortez**                                    Case No.  **15-32382-H1-13**

                                                                      (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cortez, Elsa**<br>14303 White Cross Drive<br>Houston, TX 77083 | |
| **Cortez, Elsa**<br>14303 White Cross Drive<br>Houston, TX 77083 | **1st Investers**<br>380 Interstate North Parkway Sutie 300<br>Atlanta, GA 30339 |

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Willie** | **James** | **Cortez** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | **15-32382-H1-13** | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | **Production Technician** | **Teacher** |
| Employer's name | | **Crown Cork and Seal Co. Inc.** | **Casa Dei Bambini Montessori Sch** |
| Employer's address | | **12910 Jess Pirtle Blvd.** | **20211 S. University Blvd.** |
| | | Number  Street | Number  Street |
| | | **Sugar Land**   **TX**   **77498** | **Missouri City**   **TX**   **77459** |
| | | City   State   Zip Code | City   State   Zip Code |
| How long employed there? | | **29 Years** | **5 Years** |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$5,586.88** | **$2,520.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$465.57** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$6,052.45** | **$2,520.00** |

Debtor 1    **Willie**            **James**            **Cortez**                    Case number (if known)    **15-32382-H1-13**
     First Name             Middle Name            Last Name

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here ............................................ → | 4. | | **$6,052.45** | **$2,520.00** |
| **5.** | **List all payroll deductions:** | | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | | **$992.33** | **$386.40** |
| | **5b.** Mandatory contributions for retirement plans | 5b. | | **$0.00** | **$0.00** |
| | **5c.** Voluntary contributions for retirement plans | 5c. | | **$181.57** | **$0.00** |
| | **5d.** Required repayments of retirement fund loans | 5d. | | **$1,011.66** | **$0.00** |
| | **5e.** Insurance | 5e. | | **$254.97** | **$0.00** |
| | **5f.** Domestic support obligations | 5f. | | **$0.00** | **$0.00** |
| | **5g.** Union dues | 5g. | | **$0.00** | **$0.00** |
| | **5h.** Other deductions.<br>Specify:  Uniforms | 5h. + | | **$16.68** | **$0.00** |
| **6.** | **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | | **$2,457.21** | **$386.40** |
| **7.** | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | | **$3,595.24** | **$2,133.60** |
| **8.** | **List all other income regularly received:** | | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | | |
| | **8b.** Interest and dividends | 8b. | | **$0.00** | **$0.00** |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | | |
| | **8d.** Unemployment compensation | 8d. | | **$0.00** | **$0.00** |
| | **8e.** Social Security | 8e. | | **$0.00** | **$0.00** |
| | **8f.** Other government assistance that you regularly receive | | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | | |
| | Specify: _____ | 8f. | | **$0.00** | **$0.00** |
| | **8g.** Pension or retirement income | 8g. | | **$0.00** | **$0.00** |
| | **8h.** Other monthly income.<br>Specify:  Son's Contribution for Car Payment | 8h. + | | **$620.00** | **$0.00** |
| **9.** | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | | **$620.00** | **$0.00** |
| **10.** | **Calculate monthly income.**  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | **$4,215.24**  + | **$2,133.60**  =    **$6,348.84** |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.**<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | | | |
| | Specify: _____ | 11. + | | | **$0.00** |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies. | 12. | | | **$6,348.84**<br>**Combined monthly income** |
| **13.** | **Do you expect an increase or decrease within the year after you file this form?** | | | | |

☑ No.    None.
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Willie** | **James** | **Cortez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number | **15-32382-H1-13** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   　　☐ No
   　　☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**      ☐ No
   Do not list Debtor 1 and         ☑ Yes. Fill out this information
   Debtor 2.                        for each dependent....................

   Do not state the
   dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **20 Years** | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**    4. _____
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a.  Real estate taxes                                          4a. _____ **$225.00**

   4b.  Property, homeowner's, or renter's insurance               4b. _____ **$175.00**

   4c.  Home maintenance, repair, and upkeep expenses              4c. _____ **$200.00**

   4d.  Homeowner's association or condominium dues                4d. _____ **$31.25**

Debtor 1  **Willie**       **James**       **Cortez**       Case number (if known)   **15-32382-H1-13**

First Name              Middle Name          Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. | **$460.00** |
| | 6b.   Water, sewer, garbage collection | 6b. | **$120.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$360.00** |
| | 6d.   Other. Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$790.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$125.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$450.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$60.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. | |
| | 15b.   Health insurance | 15b. | |
| | 15c.   Vehicle insurance | 15c. | **$250.00** |
| | 15d.   Other insurance. Specify: _____ | 15d. | |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1   **1st Investors** | 17a. | **$436.00** |
| | 17b.   Car payments for Vehicle 2   **Capital One Auto Finance** | 17b. | **$620.00** |
| | 17c.   Other. Specify: **Third Party Finance - 4 Wheeler** | 17c. | **$160.00** |
| | 17d.   Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.   Mortgages on other property | 20a. | |
| | 20b.   Real estate taxes | 20b. | |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. | |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e.   Homeowner's association or condominium dues | 20e. | |

| Debtor 1 | **Willie** | **James** | **Cortez** | Case number (if known) | **15-32382-H1-13** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**21. Other.** Specify: <u>**See continuation sheet**</u>            21.  +_____ **$90.00**

**22. Your monthly expenses.**   Add lines 4 through 21.
The result is your monthly expenses.            22.  | _____ **$4,902.25** |

**23. Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.            23a.  _____ **$6,348.84**

23b.  Copy your monthly expenses from line 22 above.            23b.  −_____ **$4,902.25**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.            23c.  | _____ **$1,446.59** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  | Explain here:
**None.** |

| Debtor 1 | **Willie** | **James** | **Cortez** | Case number (if known) | **15-32382-H1-13** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. **Other. Specify:**

| | |
|---|---|
| **Emergency Savings Fund** | **$50.00** |
| **Toll Road** | **$40.00** |
| **Total:** | **$90.00** |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re   **Willie James Cortez**                                         Case No.   **15-32382-H1-13**

                                                                        Chapter        **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $103,210.00 | | |
| B - Personal Property | Yes | 7 | $205,610.73 | | |
| C - Property Claimed as Exempt | Yes | 5 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $147,375.31 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $3,768.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $60,824.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $6,348.84 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $4,902.25 |
| TOTAL | | 27 | $308,820.73 | $211,967.31 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Willie James Cortez**

Case No.   **15-32382-H1-13**

Chapter   **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $53,011.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$53,011.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$6,348.84** |
| Average Expenses (from Schedule J, Line 22) | **$4,902.25** |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | **$9,648.99** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$16,674.81** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$3,768.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$60,824.00** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$77,498.81** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Willie James Cortez**

Case No.   **15-32382-H1-13**
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **29** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **5/13/2015**

Signature  **/s/ Willie James Cortez**
*Willie James Cortez*

Date _____

Signature _____

[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*